172 So.2d 294

**Caren FONTENOT**

**v.**

**GRAIN DEALERS MUTUAL INSURANCE COMPANY et al.**

**No. 47658.**

March 12, 1965.

172 So.2d 294

**Caren FONTENOT**

**v.**

**GRAIN DEALERS MUTUAL INSURANCE COMPANY et al.**

**No. 47659.**

March 12, 1965.

In re: The Fidelity and Casualty Company of New York applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 170 So.2d 513.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.